# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CAROL ANN CARTER, MONICA
PARRILLA, REBECCA POYOUROW,
WILLIAM TUNG, ROSEANNE MILAZZO,
BURT SIEGEL, SUSAN CASSANELLI, LEE
CASSANELLI, LYNN WACHMAN, MICHAEL
GUTTMAN, MAYA FONKEU, BRADY HILL,
MARY ELLEN BALCHUNIS, TOM DEWALL,
STEPHANIE MCNULTY AND JANET
TEMIN,

          Petitioners

        v.

LEIGH M. CHAPMAN, IN HER OFFICIAL
CAPACITY AS THE ACTING SECRETARY
OF THE COMMONWEALTH OF
PENNSYLVANIA; JESSICA MATHIS, IN
HER OFFICIAL CAPACITY AS DIRECTOR
FOR THE PENNSYLVANIA BUREAU OF
ELECTION SERVICES AND NOTARIES,

          Respondents

: No. 7 MM 2022
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 2nd day of February, 2022, given the impasse between the legislative and executive branches concerning the adoption of congressional districts, and in view of the impact that protracted appeals will have on the election calendar, and time being of the essence, Petitioners' Emergency Application for Extraordinary Relief is **GRANTED,** and Extraordinary Jurisdiction under 42 Pa.C.S. § 726 is **EXERCISED**.

Consistent with the process established in *Mellow v. Mitchell*, 607 A.2d 204 (Pa. 1992), it is hereby **ORDERED**:

1. The consolidated actions docketed in the Commonwealth Court at Nos. 464 M.D. 2021 and 465 M.D. 2021 shall remain consolidated for all purposes in this Court.

2. The Honorable Patricia A. McCullough, a jurist on the Commonwealth Court of Pennsylvania who currently is presiding over the consolidated actions below, is designated to serve as a Special Master.

3. The proceedings occurring in the Commonwealth Court prior to the issuance of this Order, and the filings submitted to that court at its direction in furtherance of those proceedings, shall be considered part of the Special Master's record.

4. The Special Master shall file with this Court on or before February 7, 2022, a report containing proposed findings of fact and conclusions of law supporting her recommendation of a redistricting plan from those submitted to the Special Master, along with a proposed revision to the 2022 election schedule/calendar.

5. On or before February 14, 2022, any Party or *Amicus* Participant previously designated by the court below may file with this Court exceptions to the Special Master's report along with a brief in support thereof. This Court will hold oral argument on these exceptions in Harrisburg, Pennsylvania on February 18, 2022, beginning at 9:30 a.m.

The stay issued by this Court on January 31, 2022, is hereby **LIFTED**. The *Gressman* Petitioners' Request for Clarification is **DISMISSED AS MOOT**.

Chief Justice Baer and Justice Dougherty file concurring statements.

Justice Mundy files a dissenting statement in which Justice Brobson joins.